UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMANDA UCHE AJULUCHUKU,

    Plaintiff,

v.

BERNARD VINCENT CUSAK,

    Defendant.

CASE NO. C05-5105RBL

MINUTE ORDER

NOW, on this 28th day of September, the Court directs the Clerk to enter the following Minute Order:

Under 28 U.S.C. §1915(e)(2), the Plaintiff's Motion for In Forma Pauperis status is DENIED and Plaintiff's Complaint is DISMISSED

The foregoing Minute Order entered by   s/Jean Boring, Deputy Clerk,
BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON,
UNITED STATES DISTRICT JUDGE.

Minute Order - 1